**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| MIRIAM BENNETT, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JADA BENNETT, </br></br>        PLAINTIFF, </br></br>    vs. </br></br>HARTT TRANSPORTATION SYSTEMS, INC. AND VINCENTE VIROLA-RODRIGUEZ, </br></br>        DEFENDANTS. | C.A. NO. 4:12-CV-2336-RBH |

and

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| TARENCE LEDAL JOHNSON, </br>        Plaintiff, </br></br>v. </br>TRANSPORTATION SYSTEMS, INC. </br>AND VINCENTE VIROLA RODRIGUEZ, </br>        Defendants. | C.A. NO. 4:12-CV-03452-RBH |

**ORDER CONSOLIDATING CASES FOR DISCOVERY**

Defendant Hartt Transportation Systems, Inc. ("Hartt"), having come before the court on motion to consolidate the two above captioned matters for discovery only, pursuant to Rule 42 of the Federal Rules of Civil Procedure and other relevant Federal procedural and South Carolina law, and all parties agreeing to the same, it is

ORDERED AND ADJUDGED that consolidation of the *Bennett* and the *Johnson* lawsuits for discovery only is appropriate in this matter.

However, the Court reserves the right to consider consolidating these cases for <u>trial</u> as well if the Court deems it appropriate under Fed. R. Civ. P. 42.

<u>s/R. Bryan Harwell</u>  
R. Bryan Harwell  
United States District Judge

Dated: February 11, 2013