**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| MIRIAM BENNETT, AS PERSONAL | ) | C.A. NO. 4:12-CV-2336-RBH |
| REPRESENTATIVE OF THE ESTATE | ) | |
| OF JADA BENNETT, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HARTT TRANSPORTATION | ) | |
| SYSTEMS, INC. AND VINCENTE | ) | |
| VIROLA-RODRIGUEZ, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

and

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| TARENCE LEDAL JOHNSON, | ) | |
| Plaintiff, | ) | C.A. NO. 4:12-CV-03452-RBH |
| | ) | |
| v. | ) | |
| TRANSPORTATION SYSTEMS, INC. | ) | |
| AND VINCENTE VIROLA RODRIGUEZ, | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER CONSOLIDATING CASES FOR DISCOVERY</u>

Defendant Hartt Transportation Systems, Inc. ("Hartt"), having come before the court on

motion to consolidate the two above captioned matters for discovery only, pursuant to Rule 42 of

the <u>Federal Rules of Civil Procedure</u> and other relevant Federal procedural and South Carolina law,

and all parties agreeing to the same, it is

ORDERED AND ADJUDGED that consolidation of the *Bennett* and the *Johnson*

lawsuits for discovery only is appropriate in this matter.

However, the Court reserves the right to consider consolidating these cases for <u>trial</u> as

well if the Court deems it appropriate under Fed. R. Civ. P. 42.



<u>s/R. Bryan Harwell</u>
R. Bryan Harwell
United States District Judge


Dated:  February 11, 2013